CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
12/10/2021
JULIA C. DUDLEY, CLERK
BY: s/ A. Little
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| EVA PALMER,<br><br>         *Plaintiff,*<br><br>v.<br><br>LIBERTY UNIVERSITY, INC.,<br><br>         *Defendant.* | Case No. 6:20-cv-31<br><br>ORDER<br><br>Judge Norman K. Moon |

Defendant's second motion for summary judgment, Dkt. 27, is before the Court.

For the reasons set forth in the accompanying memorandum opinion, the Court hereby **GRANTS** Defendant's summary judgment motion, Dkt. 27.

The Clerk of Court is directed to strike this case from the Court's active docket.

It is so **ORDERED**.

The Clerk of Court is directed to send this order to all counsel of record.

ENTERED this  10th  day of December 2021.

*[signature]*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE