IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| EVA PALMER )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>LIBERTY UNIVERSITY, INC. )<br>)<br>    Defendant. ) | Civil Action No.: 6:20cv00031 |

## NOTICE OF APPEAL

Notice is hereby given that plaintiff Eva Palmer, by counsel, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the December 10, 2021 Order entered by this Court, Senior United States District Judge Norman K. Moon, presiding, granting the defendant's second motion for summary judgment. Additionally, Palmer certifies that on this day, December 13, 2021, she, through counsel, tendered payment, via credit card, to the United States District Court for the Western District of Virginia for the filing fees associated with this appeal.

Respectfully submitted,

EVA PALMER

By:   s/ Richard F. Hawkins, III
        Virginia Bar Number: 40666
        THE HAWKINS LAW FIRM, PC
        2222 Monument Avenue
        Richmond, Virginia 23220
        (804) 308-3040 (telephone)
        (804) 308-3132 (facsimile)
        Email: rhawkins@thehawkinslawfirm.net

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that, on the 13th day of December, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF systems which will send notification of such filing to the following:

King F. Tower, Esq. (VSB No. 38767)
ktower@woodsrogers.com
Leah M. Stiegler, Esq. (VSB No. 89602)
lstiegler@woodsrogers.com
WOODS ROGERS PLC
10 South Jefferson Street, Suite 1400
Roanoke, Virginia 24011
Telephone: (540) 983-7600
Facsimile: (540) 983-7711

Counsel of record for Defendant

                                            s/ Richard F. Hawkins, III
                                            Virginia Bar Number: 40666
                                            THE HAWKINS LAW FIRM, PC
                                            2222 Monument Avenue
                                            Richmond, Virginia 23220
                                            (804) 308-3040 (telephone)
                                            (804) 308-3132 (facsimile)
                                            Email: rhawkins@thehawkinslawfirm.net

                                            Counsel for Plaintiff

.