**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| **EVA PALMER,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No.: **6:20-cv-31** |
| **LIBERTY UNIVERSITY, INC.,** | ) |
| **Defendant.** | ) |

**LIBERTY'S NOTICE OF CROSS APPEAL**

Notice is hereby given, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure, that Defendant Liberty University, Inc. appeals to the United States Court of Appeals for the Fourth Circuit from this Court's Memorandum Opinion & Order dated December 1, 2020 (ECF No. 35) denying Liberty's Motion for Summary Judgment (ECF No. 13) on its affirmative defenses and granting Plaintiff's Motion for Summary Judgment (ECF No. 14) as to the same. Plaintiff has previously filed a Notice of Appeal on December 13, 2021 (ECF No. 40) with respect to this Court's Order dated December 10, 2021 (ECF No. 38) granting Liberty's Motion for Summary Judgment on the merits (ECF No. 27), thereby making this appeal by Liberty a "cross appeal." Liberty certifies that it has tendered payment to the United States District Court for the Western District of Virginia for the filing fees associated with this appeal.

This 27 day of December, 2021.   Respectfully submitted,

                                       */s Leah M. Stiegler*
King F. Tower, Esq. (VSB No. 38767)
ktower@woodsrogers.com
Leah M. Stiegler, Esq. (VSB No. 89602)
lstiegler@woodsrogers.com
WOODS ROGERS PLC
P.O. Box 14125
10 South Jefferson Street, Suite 1400
Roanoke, Virginia 24038-4125
Telephone:   (540) 983-7600
Facsimile:   (540) 983-7711

Counsel for Defendant Liberty University, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing was delivered to the Clerk of Court on the date below using the CM/ECF Filing system, and shall deliver a copy of the same to all counsel of record.

Respectfully submitted,

*/s Leah M. Stiegler*
King F. Tower, Esq. (VSB No. 38767)
ktower@woodsrogers.com
Leah M. Stiegler, Esq. (VSB No. 89602)
lstiegler@woodsrogers.com
WOODS ROGERS PLC
P.O. Box 14125
10 South Jefferson Street, Suite 1400
Roanoke, Virginia 24038-4125
Telephone:   (540) 983-7600
Facsimile:    (540) 983-7711

Counsel for Defendant Liberty University, Inc.