FILED: December 29, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-2390 (L)
(6:20-cv-00031-NKM-RSB)
_____

EVA PALMER

      Plaintiff - Appellant

v.

LIBERTY UNIVERSITY, INC.

      Defendant - Appellee

_____

No. 21-2434
(6:20-cv-00031-NKM-RSB)
_____

EVA PALMER

      Plaintiff - Appellee

v.

LIBERTY UNIVERSITY, INC.

      Defendant – Appellant

_____

O R D E R

_____

The court consolidates Case No. 21-2390 and Case No. 21-2434 as cross-appeals. The appellant in Case No. 21-2390 shall be considered the appellant for purposes of the consolidated appeals and shall proceed first at briefing and at oral argument. Entry of appearance forms and disclosure statements filed by counsel and parties to the lead case are deemed filed in the secondary case.

                                        For the Court--By Direction

                                        <u>/s/ Patricia S. Connor, Clerk</u>