FILED: July 17, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-2390 (L)
(6:20-cv-00031-NKM-RSB)

_____

ESTATE OF EVA PALMER, by its Executor Laura Barbour Bowes

       Plaintiff - Appellant

v.

LIBERTY UNIVERSITY, INC.

       Defendant - Appellee

------------------------------

AMERICANS UNITED FOR SEPARATION OF CHURCH AND STATE

       Amicus Supporting Appellant/Cross-Appellee

PEPPERDINE UNIVERSITY; BRIGHAM YOUNG UNIVERSITY; THE CATHOLIC UNIVERSITY OF AMERICA; HOUSTON BAPTIST UNIVERSITY

       Amici Supporting Appellee/Cross-Appellant

_____

No. 21-2434
(6:20-cv-00031-NKM-RSB)

_____

ESTATE OF EVA PALMER, by its Executor Laura Barbour Bowes

    Plaintiff - Appellee

v.

LIBERTY UNIVERSITY, INC.

    Defendant - Appellant

------------------------------

AMERICANS UNITED FOR SEPARATION OF CHURCH AND STATE

    Amicus Supporting Appellant/Cross-Appellee

PEPPERDINE UNIVERSITY; BRIGHAM YOUNG UNIVERSITY; THE CATHOLIC UNIVERSITY OF AMERICA; HOUSTON BAPTIST UNIVERSITY

    Amici Supporting Appellee/Cross-Appellant

_____

TEMPORARY STAY OF MANDATE
_____

  Under Fed. R. App. P. 41(b), the filing of a timely petition for rehearing or rehearing en banc stays the mandate until the court has ruled on the petition. In accordance with Rule 41(b), the mandate is stayed pending further order of this court.

                     */s/Patricia S. Connor, Clerk*