# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

December 29, 2023

Clerk
United States Court of Appeals for the Fourth
Circuit
1100 East Main Street
Room 501
Richmond, VA 23219

      Re:  Liberty University, Inc.
           v. Laura Barbour Bowes, as Executor of the Estate of Eva Palmer
           No. 23-703
           (Your No. 21-2434)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on December 21, 2023 and placed on the docket December 29, 2023 as No. 23-703.

Sincerely,

**Scott S. Harris**, Clerk

by

Lisa Nesbitt
Case Analyst